Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA, | Case No. 2:17-cv-01784-RFB-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| vs. | **SECOND REQUEST** |
| STRONG MAN SERVICES, INC. dba SMS Mechanical, a Nevada corporation; LINDA NASH, an individual; AFFORDABLE CONCEPTS, INC., a Nevada corporation, BENTAR DEVELOPMENT, INC., a Nevada corporation; B & R BUILDERS, INC. dba Breslin Builders, a Nevada corporation; DAKEM & ASSOCIATES, LLC, a Nevada limited liability company; KITTRELL JENSEN CONTRACTORS, LLC, a Nevada limited liability company; LAFARGO, INC. dba LaFargo Builders, a | |

16614363

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Nevada corporation; LEDCOR
CONSTRUCTION, INC., a Washington
corporation; NORTH WIND
ENVIRONMENTAL, INC., an Arkansas
corporation; THE PENTA BUILDING
GROUP, LLC, a Nevada limited liability
company; SCI CONSTRUCTION, L.P., a
Texas limited partnership; SR
CONSTRUCTION, INC., a Nevada
corporation; STARKE, INC. dba Starke
Contractors, a Nevada corporation; UHS
OF DELAWARE, INC., a Delaware
corporation; NORTH RIVER INSURANCE
COMPANY aka Crum & Forster, a
Pennsylvania corporation,

        Defendants.

Plaintiffs Boards of Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively "Trust Funds"), by and through their counsel of record Brownstein Hyatt Farber Schreck, LLP; Defendant Affordable Concepts, Inc., ("Defendant Affordable") by and through its counsel of record Pintar Albiston, LLP; and Defendants Linda Nash, Strong Man Services, Inc., dba SMS Mechanical, Bentar Development, Inc., Kittrell Jensen Contractors, LLC, LaFargo, Inc. dba LaFargo Builders, Ledcor Construction, Inc., North Wind Environmental, Inc., SCI Construction, L.P., SR Construction, Inc., Starke, Inc., dba Starke Contractors and UHS of Delaware, Inc. (collectively "Strong Man Defendants") (Defendant Affordable and Strong Man Defendants collectively referred to as "Defendants"), by and through their counsel of record Fisher & Phillips, LLC, hereby stipulate and agree that the Scheduling Order (EFC No. 75) in this case be extended ninety (90) days from the current discovery deadline of April 20, 2018, to July 19, 2018, and the dispositive motion deadline be extended from May 21, 2018, to August 20, 2018. This is second request to extend the discovery deadline and is being made more than 21 days prior to the close of discovery.

16614363

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**A.  DISCOVERY COMPLETED:**

1.  10/19/2017 Defendant Affordable's Initial Disclosures and Witnesses.

2.  10/20/2017 Trust Funds' Initial Disclosures and Witnesses.

3.  11/1/2017 Trust Funds' Revised Initial Disclosures and Witnesses.

4.  12/15/2017 Defendant Strong Man's and Defendant Linda Nash's Initial Disclosures and Witnesses.

5.  12/18/2017 Defendant Starke, Inc.'s Initial Disclosures and Witnesses.

6.  12/19/2017 Defendant North Wind Environmental, Inc.'s Initial Disclosures and Witnesses.

7.  12/19/2017 LaFargo, Inc.'s Initial Disclosures and Witnesses.

8.  12/22/2017 Trust Funds' First Supplemental Initial Disclosures.

9.  12/22/2017 Trust Funds' First Admissions to Defendant Affordable.

10.  12/22/2017 Trust Funds' First Admissions to Defendant Bentar Development, Inc.

11.  12/22/2017 Trust Funds' First Admissions to Defendant Kittrell Jensen Contractors, LLC.

12.  12/22/2017 Trust Funds' First Admissions to Defendant LaFargo, Inc.

13.  12/22/2017 Trust Funds' First Admissions to Defendant Ledcor Construction, Inc.

14.  12/22/2017 Trust Funds' First Admissions to Defendant Linda Nash.

15.  12/22/2017 Trust Funds' First Admissions to Defendant North Wind Environmental, Inc.

16.  12/22/2017 Trust Funds' First Admissions to Defendant SCI Construction L.P.

17.  12/22/2017 Trust Funds' First Admissions to Defendant SR Construction, Inc.

18.  12/22/2017 Trust Funds' First Admissions to Defendant Starke, Inc.

19.  12/22/2017 Trust Funds' First Admissions to Defendant Strong Man.

20.  12/22/2017 Trust Funds' First Admissions to Defendant UHS of Delaware, Inc.

21.  12/22/2017 Trust Funds' First Interrogatories to Affordable.

22.  12/22/2017 Trust Funds' First Interrogatories to Bentar Development, Inc.

23.  12/22/2017 Trust Funds' First Interrogatories to Defendant Kittrell Jensen Contractors, Inc.

24.  12/22/2017 Trust Funds' First Interrogatories to Defendant LaFargo, Inc.

16614363

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

25. 12/22/2017 Trust Funds' First Interrogatories to Defendant Ledcor Construction, Inc.

26. 12/22/2017 Trust Funds' First Interrogatories to Defendant Linda Nash.

27. 12/22/2017 Trust Funds' First Interrogatories to Defendant North Wind Environmental, Inc.

28. 12/22/2017 Trust Funds' First Interrogatories to Defendant SCI Construction, L.P.

29. 12/22/2017 Trust Funds' First Interrogatories to Defendant SR Construction, Inc.

30. 12/22/2017 Trust Funds' First Interrogatories to Defendant Starke, Inc.

31. 12/22/2017 Trust Funds' First Interrogatories to Defendant Strong Man.

32. 12/22/2017 Trust Funds' First Interrogatories to Defendant UHS of Delaware, Inc.

33. 12/22/2017 Trust Funds' First Production Request to Defendant Affordable.

34. 12/22/2017 Trust Funds' First Production Request to Defendant Bentar Development, Inc.

35. 12/22/2017 Trust Funds' First Production Request to Defendant Kittrell Jensen Contractors, LLC.

36. 12/22/2017 Trust Funds' First Production Request to Defendant LaFargo, Inc.

37. 12/22/2017 Trust Funds' First Production Request to Defendant Ledcor Construction, Inc.

38. 12/22/2017 Trust Funds' First Production Request to Defendant Linda Nash.

39. 12/22/2017 Trust Funds' First Production Request to Defendant North Wind Environmental, Inc.

40. 12/22/2017 Trust Funds' First Production Request to Defendant SCI Construction, L.P.

41. 12/22/2017 Trust Funds' First Production Request to Defendant SR Construction, Inc.

42. 12/22/2017 Trust Funds' First Production Request to Defendant Starke, Inc.

43. 12/22/2017 Trust Funds' First Production Request to Defendant Strong Man.

44. 12/22/2017 Trust Funds' First Production Request to Defendant UHS of Delaware, Inc.

45. 1/18/2018 Defendant Bentar Development, Inc.'s Initial Disclosures and Witnesses.

46. 1/18/2018 Defendant Kittrell Jensen Contractors, LLC's Initial Disclosures and Witnesses.

47. 1/18/2018 Defendant Ledcor Construction, Inc.'s Initial Disclosures and Witnesses.

16614363

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

48.  1/18/2018 Defendant SCI Construction, L.P.'s Initial Disclosures and Witnesses.

49.  1/18/2018 Defendant SR Construction, Inc.'s Initial Disclosures and Witnesses.

50.  1/18/2018 Defendant UHS of Delaware, Inc.'s Initial Disclosures and Witnesses.

51.  1/22/2018 Defendant Affordable Concepts, Inc.'s Responses to Trust Funds' First Request for Admissions.

52.  1/22/2018 Defendant Affordable Concepts, Inc. Responses to Trust Fund's First Set of Interrogatories.

53.  1/22/2018 Defendant Affordable Concepts, Inc.'s Responses to Trust Funds' First Request for Production of Documents.

54.  1/24/2018 Trust Funds' Second Second Supplemental Initial Disclosures.

55.  2/1/2018 Strong Man Services, Inc. dba SMS Mechanical's Responses to Trust Funds' First Request for Admissions.

56.  2/1/2018 Strong Man Services, Inc. dba SMS Mechanical's Responses to Trust Funds' First Request for Production of Documents.

57.  2/1/2018 Strong Man Services, Inc. dba SMS Mechanical's Answers to Trust Funds' First Set of Interrogatories.

58.  2/1/2018 Linda Nash's Responses to Trust Funds' First Request for Admissions.

59.  2/1/2018 Linda Nash's Responses to Trust Funds' First Request for Production of Documents.

60.  2/1/2018 Linda Nash's Answers to Trust Funds' First Set of Interrogatories.

61.  2/27/2018 Ledcor Construction, Inc.'s Response to Trust Funds' First Request for Admissions.

62.  2/27/2018 Bentar Development, Inc.'s Response to Trust Funds' First Request for Admissions.

63.  2/27/2018 Stakes, Inc.'s Response to Trust Funds' First Request for Admissions.

64.  2/27/2018 SR Construction, Inc.'s Response to Trust Funds' First Request for Admissions.

65.  2/27/2018 SCI Construction, LP's Response to Trust Funds' First Request for Admissions.

66.  2/27/2018 LaFargo, Inc.'s Response to Trust Funds' First Request for Admissions.

67.  2/27/2018 North Wind Environmental, Inc.'s Response to Trust Funds' First Request for Admissions.

68.  2/27/2018 Kittrell Jenson Contractors, LLC's Response to Trust Funds' First Request for Admissions.

69.  2/27/2018 Ledcor Construction, Inc.'s Response to Trust Funds' First Request for Production of Documents.

16614363

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

70.   2/27/2018 Bentar Development, Inc.'s Response to Trust Funds' First Request for Production of Documents.

71.   2/27/2018 Stakes, Inc.'s Response to Trust Funds' First Request for Production of Documents.

72.   2/27/2018 SR Construction, Inc.'s Response to Trust Funds' First Request for Production of Documents.

73.   2/27/2018 SCI Construction, LP's Response to Trust Funds' First Request for Production of Documents.

74.   2/27/2018 LaFargo, Inc.'s Response to Trust Funds' First Request for Production of Documents.

75.   2/27/2018 North Wind Environmental, Inc.'s Response to Trust Funds' First Request for Production of Documents.

76.   2/27/2018 Kittrell Jenson Contractors, LLC's Response to Trust Funds' First Request for Production of Documents

77.   2/27/2018 Ledor Construction, Inc.'s Answers to Trust Funds' First Set of Interrogatories.

78.   2/27/2018 Bentar Development, Inc.'s Answers to Trust Funds' First Set of Interrogatories.

79.   2/27/2018 Stakes, Inc.'s Answers to Trust Funds' First Set of Interrogatories.

80.   2/27/2018 SCI Construction, LP's Answers to Trust Funds' First Set of Interrogatories.

81.   2/27/2018 LaFargo, Inc.'s Answers to Trust Funds' First Set of Interrogatories.

82.   2/27/2018 North Wind Environmental, Inc.'s Answers to Trust Funds' First Set of Interrogatories.

83.   2/27/2018 Kittrell Jenson Contractors, LLC's Answers to Trust Funds' First Set of Interrogatories.

84.   3/8/2018 Trust Funds' Third Supplemental Initial Disclosures.

**B.    DISCOVERY THAT NEEDS TO BE COMPLETE:**

1.    Outstanding discovery responses from UHS of Delaware, Inc., Ledcor Construction, Inc. and SR Construction, Inc.

2.    Possible additional Trust Funds' Requests for Production of Documents.

3.    Possible additional Trust Funds' Interrogatories and Requests for Admissions.

4.    Potential written discovery requests from Defendants.

5.    Depositions of all relevant witnesses.

16614363

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**C.      REASON DISCOVERY WAS NOT COMPLETED.**

    The Parties are requesting this extension to allow times for the Trust Funds and Defendants to discuss certain details of the contract compliance review ("Audit") which is pivotal to this current matter. The Parties are hopeful that discussion of the Audit will narrow the issues subject to dispute and therefore enable the Parties to conserve resources.

**D.      CURRENT DISCOVERY SCHEDULE:**

    1.    Discovery Cutoff                April 20, 2018

    2.    Dispositive Motion Cutoff       May 21, 2018

    3.    Pretrial Order Cutoff           June 20, 2018

**E.      PROPOSED DISCOVERY SCHEDULE:**

    1.    New Discovery Cutoff            July 19, 2018

    2.    New Dispositive Motion Cutoff   August 20, 2018

    3.    New Pretrial Order Cutoff       September 19, 2018

    4.    In the event dispositive motion(s) are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7

16614363

This is the Parties' second request for an extension of the discovery deadline dates. The requested extension is not made to delay this matter, but made in the hopes of facilitating a resolution or the narrowing issues at dispute in this matter. Based upon the foregoing, the Parties believe there is good cause for the requested extension.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Bryce C. Loveland, Esq.
Christopher M. Humes, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

Dated: March 19, 2018


FISHER & PHILLIPS, LLP

/s/ David B. Dornak
David B. Dornak, Esq.
Allison Kheel, Esq.
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendant, Linda Nash; Strong Man Services, Inc., dba SMS Mechanical; Bentar Development, Inc.; Kittrell Jensen Contractors, LLC; LaFargo, Inc. dba LaFargo Builders; Ledcor Construction, Inc.; North Wind Environmental, Inc.; SCI Construction, L.P.; SR Construction, Inc.; Starke, Inc., dba Starke Contractors; UHS of Delaware, Inc.*

Dated March 19, 2018

PINTAR ALBISTON, LLP

/s/ Becky A. Pintar
Becky A. Pintar, Esq.
Bryan L. Albiston, Esq.
Ryan W. Reynolds, Esq.
6053 Fort Apache Road, #120
Las Vegas, Nevada 89148

*Attorneys for Defendant, Affordable Concepts, Inc.*

Dated: March 19, 2018


**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**CASE NO. 2:17-cv-01784-RFB-VCF**
**DATED:** _____3-19-2018_____

16614363